■ MINDY'S WINE CELLAR, INC., Respondent v AMERICAN & FOREIGN INSURANCE COMPANY, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed as moot. Same memorandum as in *Mindy's Wine Cellar v American & Foreign Ins. Co.* (51 AD2d 650). (Appeal from judgment of Erie Supreme Court granting default judgment on fire insurance policy.) Present—Marsh, P. J., Moule, Mahoney, Goldman and Witmer, JJ.